FILED

07/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0067

_____

DIANE WENGER,

Plaintiff/Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant/Appellee

_____

**GRANT OF EXTENSION**

_____

On Appeal from the First Judicial District Court, Lewis & Clark County
Cause No. BDV-2017-23
The Honorable Michael McMahon, Presiding

_____

Appellee has moved for an extension of time in which to file its answering brief. The motion is GRANTED. The brief is now due on September 14, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 31 2020